THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CAITLIN BARNES,**

      **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 2:24-cv-1051-KG-JHR**

**GENERAL MOTORS LLC**

      **Defendant.**

### AGREED ORDER OF DISMISSAL OF ALL CLAIMS AGAINST GENERAL MOTORS LLC WITH PREJUDICE

On this day, the Court considered the Joint Motion to Dismiss All Claims Against General Motors LLC with Prejudice filed by Caitlin Barnes ("Plaintiff") and Defendant General Motors LLC (the "Motion"). After considering the Motion, and all matters properly before the Court, the Court finds that the Motion is well taken and should be and is hereby **GRANTED**.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that each and every claim or cause of action asserted or that could have been asserted by Plaintiff against General Motors LLC in the above-styled and numbered cause is hereby dismissed with prejudice.

It is **FURTHER ORDERED**, **ADJUDGED**, and **DECREED** that all court costs, attorneys' fees, and expenses shall be borne by the party incurring same. All relief not specifically granted herein is expressly denied. This Agreed Order of Dismissal of All Claims Against General Motors LLC with Prejudice disposes of all claims and controversies between Plaintiff and General Motors LLC.

_____
CHIEF UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM AND ENTRY REQUESTED BY:**

**The TRACY firm**
/s/ *Todd Tracey*
E. Todd Tracy (Attorney-in-Charge)
State Bar No. 20178650
TTracy@vehiclesafetyfirm.com
Garrett D. Rogers
State Bar No. 24110295
GRogers@vehiclesafetyfirm.com
4701 Bengal Street
Dallas, Texas 75235
(214) 324-9000 – Phone
(972) 387-2205 – Fax
**ATTORNEY FOR PLAINTIFF**

AND

**DYKEMA GOSSETT PLLC**
/s/ *Daniela Gonzales Aldape*
**Daniela Gonzales Aldape**
Dykema Gossett PLLC
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Email: daldape@dykema.com
**ATTORNEYS FOR DEFENDANT**
**GENERAL MOTORS LLC**